

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2014 AUG 11 P 2: 26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Quentin Truss  181630 )
Full name and prison number )
of plaintiff(s) )
)
v. )
#1. DOMINIC JONES, #2. LARRY PEAVY, )
NATHANIEL LAWSON, WILLIE BRYANT, )
DERRICK CARTER, KENNETH SONYERS, )
TIMMY ADTKINSON, SHAWN LOGAN, )
KARLA JONES,  et al. )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

CIVIL ACTION NO. 2:14-CV-861-MNT
(To be supplied by the clerk
of U.S. District Court)

**DEMAND FOR JURY TRIAL**

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES( )  NO(✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES( )  NO(✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county) _____

         _____

4

3.  Docket number _____

4.  Name of judge to whom case was assigned _____
    _____

5.  Disposition (for example: Was the case dismissed?
    Was it appealed? Is it still pending?) _____
    _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **WE.DCF. 100 Warrior Lane Bessemer, AL 35023**

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____
**Easterling Correctional Center**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS
1. **DOMINIC JONES, #2 LARRY PEAVY,** Easterling Correctional Center
2. **NATHANIEL LAWSON, WILLIE BRYANT,** "
3. **DERRICK CARTER, KENNETH SCONYERS,** "
4. **TIMMY ADTKINSON** Easterling Correctional Center
5. **SHAWN LOGAN** "
6. **KARLA JONES** "

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **August 15, 2013; August 24, 2013; October 23, 2013**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **SEE ATTACHED 'ADDENDUM' with GROUNDS**

5

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

*SEE ATTACHED 'ADDENDUM' with SUPPORTING FACTS of CLAIM*

GROUND TWO: " *of ABOVE* "

SUPPORTING FACTS: 

GROUND THREE: " *of ABOVE, etc.,* "

SUPPORTING FACTS: *SEE ATTACHED SUPPORTING FACTS etc.,*

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

SEE ATTACHED 'ADDENDUM'

X _Quinton Jones AIS: 181630_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

X EXECUTED on  8-7-14
(Date)

X _Quinton Jones AIS: 181630_
Signature of plaintiff(s)

# FORMAL COMPLAINT    § 1983

**IV. Statement of Claim GROUNDS** p. 6

TO: ALL Parties of Interest - Domestic and International

RECEIVED
2014 AUG 11 P 2:26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FROM: Quentin Bernard Truss,   AIS: 181630A

REFERENCE: Officer's violation of ADOC Administrative Regulation 208 V(A),(9), (V)(C),(5) (V),(C),(20) A 4.9, C. 4 5; §14-3-13 of (1975); Harassment 13A-11-8; United States Republic Constitution Articles III (3) Section 2, Article VI (6); United Nations AND Decolonization; Universal Declaration of Human Rights Article 37; Amendment V (5) (Liberty clause) and Amendment IX (9) (Reservation of the Rights of the People); United States Supreme Court: Supreme Law-Acts of State; United States Republic: Department of Justice; Moorish American Credentials: AA 222141-TRUTH A-1; Title 18, Part 1. Chapter 13 §241 + §242 United States Codes of Law; Birthrights-Sovereignty and Substantive Rights and Immunities; Assault and Battery; Illegally Arrested and Illegal Detained with a trumped-up charge(s); Eighth Amendment violation; and § 1983. Civil action for deprivation of rights

Dates: Month: <u>August</u>  Day: <u>15</u>  Year: <u>2013</u>
       Month: <u>August</u>  Day: <u>24</u>  Year: <u>2013</u>
       Month: <u>October</u>  Day: <u>23</u>  Year: <u>2013</u>

**IV. Statement of Claim FACTS**

<u>#1.</u> On, <u>August 15, 2013</u> at <u>3:30 p.m.</u> while, residing at <u>Easterling Correctional Center</u>, I go to mandatory KOP (Keep on persons medication) Health Care Unit

6 A.

but Lieutenant Larry Peavy decided, I was in an "unauthorized area" and took me back to B-dorm cos the KOP pick-up time was 8:00 a.m. This, COI Teresa Porter had told Lt. L. Peavy, I didn't have my I.D. and Lt. L. Peavy told Officer Pryor to handcuff me, took me in a room pushed me down in a chair, choked me, slap my head a couple of times then whisper in my ear, "Never raise your voice at him again?" Lieutenant Larry Peavy committed the choking and slapping. I wrote Warden K. JONES, reporting the incidents that, I feared for my life.

#2. On, August 24, 2013 at or around 2:30 p.m. while, asleep in B-dorm Lock-up, Cell #10 on the Top rack, Sergeant DOMINIC JONES opens cell door and I told him, I didn't want the inmate JASON CASON AIS: 189265 in the cell with me and he pushed the bed, with me on top. So, I jumped down, stood behind the rack (bed) Sergeant JONES pushed the rack a second time, catching my arm in between the wall hard!; Next, Sgt. JONES grabbed JASON CASON and pushed him threw the door and left! Retaliation for, writing Complaint on Lt. LARRY PEAVY? Who Knows. I, did get a, Body Chart (medical screening), done Aug 25, 2013

#3. On, October 23, 2013 while in Lock-up because, I feared for my life from Sgt DOMINIC JONES assaulting me August 24, 2013. I, was summoned to Segregation Board (review Administrative Staff of

6b.

which consist of Warden, Captain, Chaplain, Mental Health Counselor, Classification Specialist) by, the Warden KARLA JONES and I was given the order to leave segregation, return to General Population. I, then, told Warden KARLA JONES I was afraid of Sgt. DOMINIC JONES because he had assaulted me in August and threatened, that, "If you say anything, about I, abused you in anyway, I will personally put you in your grave myself!" Warden JONES then, ordered Captain BRYANT, Captain NATHANIEL LAWSON, Lieutenant LARRY PEAVY, Lieutenant SHAWN LOGAN, Sergeant DOMINIC JONES, COI TIM ADKINSON to physically remove me lockup to the C-1 "restriction dorm". In which they did by, HOGTIE; then, is how, I hurt my back when they, threw me onto the floor with the handcuffs still on my person. All the de facto government officials left the dorm ["EXCEPT"] for Sgt. DOMINIC JONES.

He then rushed toward me and punched me in the mouth, drawing blood immediately! I tried to get away but Sgt. DOMINIC JONES grabbed me and slammed me to the floor and hit me several more times in the face drawing more blood. Then, at my surprise I noticed, Captain NATHANIEL LAWSON standing and watching! Of course I'm taking back to Segregation. My leg and face swollen, my arm already in PAIN... I did receive a disciplinary for Assault on an

6 c.

I did, receive an Assault on an ADOC Official disciplinary by arresting officer, PRISON GUARD... Sergeant DOMINIC JONES.

Now, I'm in the custody of Warden III CHERYL PRICE of W.E.D.C.F. Bessemer, AL VW Segregation Unit.

p. 6d.

## VI. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or states statutes.

Set this matter for JURY TRIAL, Order the ∆'s Defendants to pay ALL Court costs for me, the Plaintiff, ALL travel expenses, ANY additional costs of the Court, Pay me Compensatory and Punitive Damages for my physical pain, mental pain, per defendant, in the certain sum of: $200,000.00 for, a Grand total of $3,600,000.00. I further, wants the Court to imprisoned the Defendants for one (1) to ten (10) years and fined; Order, for ALL Witnesses to be present in [my] favor, whom ALL reside at Easterling Correctional Center for the jury trial

7a.

# AFFIDAVIT.

My name is <u>Quentin Truss</u>, AIS <u>181630</u> I am a prisoner of the ADOC and during the month of August 2013 the following events or violent, malicious acts took place upon my person:

"On the <u>24th</u> day of August in the year of <u>2013</u> at approximately <u>2:30</u> p.m. in <u>B</u> dorm lockup at Easterling Correctional Center of Cell # <u>10</u>: While asleep, on the top rack NOTE (TOP) rack, the cell door opens and its, <u>Sergeant DOMINIC JONES</u>. I immediately told him, I didn't want the inmate <u>JASON CASON</u> AIS # <u>189265</u> in the cell with me 'cos I was stressing; he then pushes the bed while, I'm in it. I jumped down behind bed, he pushes it again this time it catches my arm then he, Sgt. JONES pushes JASON CASON in the cell and left. I wrote a Complaint to Warden ~~KARLA~~, Warden R. SCONYERS, Warden DERRICK CARTER told them I was assaulted and need an I + I investigation. So, on the 23rd October 2013 Warden ~~JONES~~ KARLA JONES summon me to Segregation Board and ordered me to leave segregation? Even though I told her, that, Sgt. DOMINIC JONES was my enemy, he had assaulted me and I was afraid...

to go back to population; that's when, she told Captain BRYANT, Captain LAWSON, Sgt. DOMINIC JONES, Lt. LARRY PEAVY to "hog tie" me carry me to C-1 (a restriction dorm) against my will. Once we're there Sgt. DOMINIC JONES threw me on the floor then, took off the handcuffs. Sgt. DOMINIC JONES came back in C-1 after, Wardens, Captains and Lieutenants left and rushed me and hit me in the mouth then, I tried to get away from him, he, then slammed me on the floor with other Officers then hit me in the face.

The whole C-1 Dorm saw Sgt. DOMINIC JONES assault me while, Captain LAWSON watched.

Now, they put me back in segregation where, I started from the beginning. I was already on medication for problems with my ___ arm and now my leg and face swollen all, because I asked Warden ~~JESSIE~~ Karla JONES to protect me from Sgt. DOMINIC JONES.

End of Statement.                    Quentin Truss AIS: 181630
                                     AFFIANT AUTOGRAPH
DONE THIS 25th day of July 2014.
AFFIRM AND SUBSCRIBED Before Me On 25th day of July in the Year 2014. C.C.Y.

_____
NOTARY PUBLIC SIGNATURE

Quentin Truss
AIS# 181630 W-48
W.E. Donaldson Corr. Facility,
100 Warrior Ln,
Bessemer, Ala 35023



"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated; and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

United States of MIDDLE District
OF Alabama
Clerk Debra P. Hackett
B-110 Frank M. Johnson, Jr.
Courthouse Compley
One Church Street
P.O. BOX 711
Montgomery, Al