In The United States District Court For the Middle District of Alabama Northern Division

Quenton Truss 181630
Plaintiff

V

Dominic Jones Et AL
Defendant

Civil Action 2:14-CV-861-MHT

## Motion To Dismiss Complaint

A. From all Defendants Et AL Dismiss Complaint

B. Dismiss Complaint From Dominic Jones Et AL And all Defendants CV 2:14-CV-861-MHT

1 of 2

Certificate of Service

I hereby Certify that I have served a copy of the foregoing upon the office of the Clerk, United State Middle District of Northern Division

8-28-14

181630
Quentin Truss

Judge Wallace Capel Jr
United States District Court
PO Box 711
Montgomery AL 36101

181630
Quentin Truss
100 Wavribiz Lane
Bess AL 35023

2

Quentin Truss
AIS: 181630 W-48
100 Warrior Lane
Bessemer, Ala 35023

BIRMINGHAM
AL 350
29 AUG '14
PM 4 L



02 1P   $ 000.48⁰
0000807944    AUG 28 2014
MAILED FROM ZIP CODE 35023

To Clerk
United States District Court
PO Box 711
Montgomery, Al 36101

Legal Mail
LEGAL ONLY

3610107111