IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| QUENTIN TRUSS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:14cv861-MHT |
| | ) (WO) |
| DOMINIC JONES, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (doc. no. 6) is granted and that this cause is dismissed in its entirety without prejudice, with no costs taxed.

It is further ORDERED that plaintiff's application to proceed without prepayment of fees (doc. no. 2) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 10th day of September, 2014.**

                              **  /s/ Myron H. Thompson  **
                              **UNITED STATES DISTRICT JUDGE**